USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

ROSALIE PARKER,

        Plaintiff,

    -against-

MARK L. NICHTER, et al.,

        Defendants.

------------------------------X

10 Civ. 1804 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

        The claims in this action arise wholly in the Northern Counties and all parties reside there. Accordingly, this action was inappropriately designated for assignment to Foley Square. See Rule 21 of the S.D.N.Y. Rules for the Division of Business Among District Judges.

        The Clerk of Court is directed to reassign this action to White Plains in the interest of sound judicial administration pursuant to Rule 22 of the S.D.N.Y. Rules for the Division of Business Among District Judges.

Dated: April 9, 2010
New York, New York

                      SO ORDERED:

                      WILLIAM H. PAULEY III
                      U.S.D.J.

*Copy Mailed To:*
Susan Schneiderman, Esq.
Lemberg & Associates LLC
1100 Summer Street, 3d Floor
Stamford, CT 06905
*Counsel for Plaintiff*